IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HORIS PATRICE FLOWERS,                          *

                Plaintiff,                    *

v.                                                              Case No.   5:24-cv-00209-CHW

                                             *

COMMISSIONER OF SOCIAL SECURITY,

                                             *

                Defendant.                  *

_____              *

## **J U D G M E N T**

Pursuant to the Order of this Court filed February 4, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,735.47 .

This 5th day of February, 2026.

                                 David W. Bunt, Clerk

                                 s/  Raven K. Alston, Deputy Clerk